UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RONALD GAUL,
   *Plaintiff*,

v.

CITY OF NEW HAVEN
and ROBERT
STRICKLAND,
  *Defendants*.

No. 3: 14-cv-00558 (JAM)

## JUDGMENT

This cause came on for trial before a jury and the Honorable Jeffrey A. Meyer, United States District Judge. On April 12, 2016, and after deliberation, the jury returned a verdict on count 1 for plaintiff Ronald Gaul against defendant City of New Haven in the amount of $64,047.00 and on count 2 for defendant Robert Strickland against plaintiff Ronald Gaul. Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the Ronald Gaul against City of New Haven on count 1 and in favor of Robert Strickland against Ronald Gaul. The case is closed.

Dated at New Haven, Connecticut, this 14th day of April, 2016.

ROBIN D. TABORA, Clerk

By /s/ Yelena Gutierrez
Deputy Clerk

Entered on Docket  4/14/2016