**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand seventeen.

_____

Ronald Gaul,

   Plaintiff - Appellee,

v.

City of New Haven,

   Defendant - Appellant,

New Haven Department of Police Service, Robert Strickland, Officer,

   Defendants.

**ORDER**
Docket No. 16-4163

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

   For The Court:
   Catherine O'Hagan Wolfe,
   Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/28/2017